UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.     CASE NO. 8:05-cr-420-T-30TBM

KENNETH ANSON,

    Defendant.

## FINAL JUDGMENT OF FORFEITURE FOR SUBSTITUTE ASSETS

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture for Substitute Assets (Dkt. #474) for the following property:

(1) 1987 24' Fish Nautique "Aleksandra II" w/Trailer,
Registration Number: FL0489FN,
HULL Identification Number: CTC11025B787
Owner of Record: Kenneth Bruce Anson;

(2) 1993 33' Imperial Vessel w/Trailer
Registration Number: FL6407LG
HULL Identification Number: IME00010A293
Owner of Record: Kenneth Bruce Anson; and

(3) The sums of $5,070.00 and $1,443.00 in United States currency, seized from Kenneth Bruce Anson on or about the date of his arrest in the instant case.

1. On March 28, 2007, the Court granted the United States' motion and entered the Forfeiture Money Judgment and a Preliminary Order of Forfeiture for

Substitute Assets (Doc. 297), forfeiting to the United States of America all right, title, and interest of defendant Kenneth Anson.

2. Notice of the Preliminary Order of Forfeiture as to defendant Kenneth Anson, was sent via certified mail, return receipt requested, to the following third party known to have alleged an interest in the subject property found subject to forfeiture.

3. On September 6, 2007, defendant Kenneth Anson, was sentenced at a hearing before United States District Judge James S. Moody, Jr. and the forfeiture was included in the Judgment. (Docs. 373 and 376).

4. In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the properties, in the *Tampa Tribune*, a newspaper of general circulation in Hillsborough County, Florida and in the *Broward Daily Business Review*, a newspaper of general circulation in Broward County, Florida on April 13, 2007, April 20, 2007 and April 27, 2007. (Docs. 314 and 313). The publication gave notice to all third parties with a legal interest in the subject property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 30 days of the final date of publication.

5. No persons or entities, other than the defendant Kenneth Anson, whose interest was forfeited to the United States in the Preliminary Order of

Forfeiture for Substitute Assets, and the persons and entities identified, are known to have an interest in the subject property.  To date, no third party, has filed a Petition to Adjudicate Interest in the subject properties to date, and the time for filing such Petition has expired.

6. The Court finds that the subject property is the property of defendant Kenneth Anson.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Dkt. #474) is GRANTED.  It is FURTHER ORDERED that all right, title and interest in following property is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 21 U.S.C. § 853(p) [incorporated by 18 U.S.C. § 982(b)(1)] and Fed. R. Crim. P. 32.2(c)(2), for disposition according to law:

(1) 1987 24' Fish Nautique "Aleksandra II" w/Trailer,
    Registration Number: FL0489FN,
    HULL Identification Number: CTC11025B787
    Owner of Record:  Kenneth Bruce Anson;

(2) 1993 33' Imperial Vessel w/Trailer
    Registration Number: FL6407LG
    HULL Identification Number: IME00010A293
    Owner of Record:  Kenneth Bruce Anson; and

(3) The sums of $5,070.00 and $1,443.00 in United States currency, seized from Kenneth Bruce Anson on or about the date of his arrest in the instant case.

Clear title to the property is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on January 25, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies to:</u>
All Counsel/Parties of Record

F:\Docs\2005\05-cr-420.Anson 474.wpd